IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LESLIE SMITH, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:20-CV-907 |
| PEAK PROPERTY AND CASUALTY INSURANCE CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed on March 15, 2021, Doc. 39,

It is hereby **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 16th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE